UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRIANNA GREEN,

                                 Plaintiff,

-against-

CSX TRANSPORTATION, INC.,

                                Defendant.
------------------------------------------------------------X

Case No.:
1:21-CV-0259 (FJS/DJS)

**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(A)**

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein that pursuant to the Federal Rules of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each bearing that party's own attorney's fees and costs.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be executed in counterpart signatures, deeming electronic signatures as original

Dated: Hawthorne, New York
          June 14, 2021

**TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP**
*Attorneys for Defendant*
*CSX Transportation, Inc.*

By: *Lisa M. Rolle*
     Lisa Rolle, Esq.
     Mid-Westchester Executive Park
     7 Skyline Drive
     Hawthorne, New York 10532
     (914) 347-2600
     lrolle@tlsslaw.com

**O'CONNOR & PARTNERS, PLLC**
*Attorneys for Plaintiff*
*Brianna Green*

By: _____
     Kevin Charles Harp, Esq.
     255 Wall Street
     Kingston, New York 12401
     (845) 303-8777
     Kharp@onplaw.com

**Dated: July 15, 2021**
**Syracuse, New York**

_____
Frederick J. Scullin, Jr.
Senior United States District Judge